# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

BRIAN EDDY,

                Plaintiff,

vs.

DOMINION ENERGY, INC.,

                Defendant.

Civil Action No. 2:20-CV-00600

## NOTICE OF SETTLEMENT

Plaintiff Brian Eddy and Defendant Dominion Energy, Inc. hereby notify the Court that the parties have reached a settlement in this matter and anticipate filing an agreed order dismissing this matter with prejudice no later than August 9, 2021, once the settlement documents have been fully executed.

Dated: July 23, 2021

Respectfully submitted,

**DOMINION ENERGY, INC.**

By: */s/ Sharon S. Goodwyn*
Sharon S. Goodwyn (VSB No. 28822)
HUNTON ANDREWS KURTH LLP
500 E. Main Street, Suite 1301
Norfolk, VA 23510
(757) 640-5300
(757) 625-7720 *fax*
sgoodwyn@huntonAK.com

Alyson M. Brown (VSB No. 94679)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4047
(804) 788-8200
(804) 788-8218 *fax*
browna@huntonAK.com

*Attorneys for Dominion Energy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2021, I electronically filed the Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiff by electronically serving his counsel of record:

>Aaron D. Siegrist (VSB No. 91072)
>Joshua L. Jewett (VSB No. 76884)
>PIERCE MCCOY, PLLC
>101 West Main Street, Suite 101
>Norfolk, Virginia 23510
>(757) 286-2903
>(757) 257-0387 *fax*
>asiegrist@piercemccoy.com
>jjewett@piercemccoy.com

>*/s/ Sharon S. Goodwyn*
>Sharon S. Goodwyn (VSB No. 28822)
>HUNTON ANDREWS KURTH LLP
>500 East Main Street, Suite 1301
>Norfolk, VA  23510
>(757) 640-5300
>(757) 625-7720 *facsimile*
>sgoodwyn@hunton.com
>
>*Attorney for Dominion Energy, Inc.*